IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDLAND FUNDING LLC,

    Plaintiff,                                        No. 2:13-cv-100-LKK-EFB PS

    vs.

EUGENE KORTE and DOES 1-100,

    Defendants.                                 <u>ORDER</u>

       On April 11, 2013, this action was remanded to the Superior Court of the State of California in and for the County of Solano. Dckt. No. 7. On April 17, 2013, defendant Eugene Korte filed a notice of appeal, Dckt. No. 8, and that appeal was processed to the Ninth Circuit Court of Appeals on April 18, 2013, Dckt. No. 9. Also on April 17, 2013, Korte submitted an affidavit in support of a motion for permission to appeal in forma pauperis, along with a request to seal pages 2-6 of the affidavit. Plaintiff contends that those pages contain "private financial information of the Defendant." However, the court has reviewed those pages and does not find that sealing is either necessary or appropriate. Therefore, Korte's request to seal is denied and the clerk of the court is directed to file plaintiff's request to seal and affidavit in support of a motion for permission to appeal in forma pauperis on the docket.

///

1

1 With regard to plaintiff's motion to appeal in forma pauperis, Rule 24(a)(1) of the
2 Federal Rules of Appellate Procedure provides that a party desiring to proceed in forma pauperis
3 on appeal must file a motion with the district court, and must attach to the motion an affidavit
4 that: (1) shows the party's inability to pay or give security for fees and costs, (2) claims an
5 entitlement to redress, and (3) states the issues that the party intends to present on appeal.[1] Fed.
6 R. App. P. 24(a)(1). Here, plaintiff has complied with those requirements. Accordingly,
7 plaintiff's motion to proceed in forma pauperis on appeal is granted.
8 DATED: May 7, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Rule 24(a)(3) is inapplicable because, although plaintiff requested permission to proceed in forma pauperis in the district court, Dckt. No. 2, that request was not addressed in light of the undersigned's recommendation that the action be remanded for lack of subject matter jurisdiction. Dckt. No. 3 at 1, n.1.

2